UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP L. AYERS, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00835 |
| OPEN SKY CAPITAL BANK, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on August 29, 2025. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is hereby DISMISSED WITH PREJUDICE for failure to prosecute.

It is so ORDERED.

SEP 16 2025
Date

The Honorable Alfred H. Bennett
United States District Judge